IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV288-RLV-DSC

| | |
|---|---|
| POLYMER GROUP, INC., et.al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **O R D E R** |
| ) | |
| MAGLA PRODUCTS, LLC, and THE ) | |
| KROGER CO., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Jason H. Nash and John T. Williams]" (documents ##33-34) filed January 13, 2011. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: January 14, 2011

David S. Cayer
United States Magistrate Judge