# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10CV288-RLV-DSC

| | |
|---|---|
| POLYMER GROUP, INC., et.al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **O R D E R** |
| ) | |
| MAGLA PRODUCTS, LLC, and THE ) | |
| KROGER CO., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Alexandra J. Olson]" (document #38) filed February 1, 2011. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: February 2, 2011

David S. Cayer
United States Magistrate Judge