IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| POLYMER GROUP, INC.,<br>PGI POLYMER, INC. and<br>CHICOPEE, INC.<br>　　　Plaintiffs,<br><br>v.<br><br>MAGLA PRODUCTS LLC and,<br>THE KROGER CO.<br>　　　Defendants. | Civil Action No. 3:10-CV-288 |

## PLAINTIFFS' AND DEFENDANT THE KROGER CO.'S
## JOINT MOTION TO DISMISS

Pursuant to Rule 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Polymer Group, Inc., PGI Polymer, Inc. and Chicopee, Inc. (collectively "PGI") and Defendant The Kroger Co. ("Kroger"), having settled the above-captioned matter, hereby move for entry of the Order of Dismissal of Claims Between Plaintiffs and Defendant The Kroger Co, filed herewith. This motion does not apply to PGI's claims against Defendant Magla Products LLC.

| | |
|---|---|
| Date: February 2, 2012 | s/Kathryn G. Cole |
| | J. Derek Vandenburgh (*pro hac vice*) |
| | Sarah M. Stensland (*pro hac vice*) |
| | Alexandra J. Olson (*pro hac vice*) |
| | CARLSON, CASPERS, VANDENBURGH |
| | & LINDQUIST, P.A. |
| | 225 South Sixth Street, Suite 3200 |
| | Minneapolis, MN 55402 |
| | Phone: 612-436-9600 |
| | Fax: 612-436-9605 |
| | dvandenburgh@ccvl.com |
| | sstensland@ccvl.com |
| | aolson@ccvl.com |
| | |
| | Thomas D. Myrick (N.C. State Bar No. 12645) |
| | Kathryn G. Cole (N.C. State Bar No. 39106) |
| | MOORE & VAN ALLEN |
| | 100 North Tryon Street |
| | Suite 4700 |
| | Charlotte, NC 28202-4003 |
| | Telephone: (704) 331-1000 |
| | Facsimile: (704) 409-5617 |
| | tommyrick@mvalaw.com |
| | katecole@mvalaw.com |
| | |
| | ATTORNEYS FOR PLAINTIFFS |

| | |
|---|---|
| Date: February 2, 2012 | s/John T. Williams |
| | HINKHOUSE WILLIAMS WALSH LLP |
| | John T. Williams *(admitted pro hac vice)* |
| | Jason H. Nash *(admitted pro hac vice)* |
| | 180 N. Stetson Avenue, Suite 3400 |
| | Chicago, Illinois 6060 I |
| | Telephone: (312) 784-5400 |
| | Facsimile: (312) 784-5499 |
| | jwilliamS@hww-law.com |
| | jnash@hww-law.com |

John T. Jeffries
McAngus Goudelock & Courie, LLC
6302 Fairview Road, Suite 700
Charlotte, North Carolina 28210
Telephone: (704) 643-6303
Facsimile: (704) 643-2376
jjeffries@mgclaw.com

ATTORNEYS FOR THE KROGER CO.