IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| POLYMER GROUP, INC., <br> PGI POLYMER, INC. and <br> CHICOPEE, INC. <br>     Plaintiffs, <br><br> v. <br><br> MAGLA PRODUCTS LLC and, <br> THE KROGER CO. <br>     Defendants. | Civil Action No. 3:10-CV-288 |

### ORDER OF DISMISSAL OF CLAIMS
### BETWEEN PLAINTIFFS AND DEFENDANT THE KROGER CO.

Pursuant to the Joint Motion by Plaintiffs Polymer Group, Inc., PGI Polymer, Inc. and Chicopee, Inc. (collectively "PGI") and Defendant The Kroger Co. ("Kroger"),

IT IS HEREBY ORDERED that

1. The Complaint (Docket No. 1) is dismissed as to Kroger with prejudice.

2. Kroger's Counterclaims (Docket No. 49) are dismissed with prejudice.

3. Each Party shall bear its own costs and attorneys' fees.

4. This Order does not apply to Plaintiffs' claims against Defendant Magla Products LLC or the counterclaims of Magla Products LLC.

                                                SO ORDERED.

                                                Signed: February 3, 2012

                                                Max O. Cogburn Jr.
                                                United States District Judge